# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00365-CV

**In re Mustard Seed Construction, LLC**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We lift the stay of the underlying proceeding.

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Smith

Filed: August 31, 2023